AO91 (Rev. 12/03) Criminal Complaint                                    ( AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  **CRIMINAL COMPLAINT**
vs.

Case Number: 7:19-po-01666

Denis Omar RODRIGUEZ-Alvarez
IAE
Honduras 1991

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 07, 2019__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Denis Omar RODRIGUEZ-Alvarez was encountered by Border Patrol Agents near Hidalgo, Texas on January 07, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on January 07, 2019 by ~~rafting~~ across the Rio Grande River near the Hidalgo, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Bogle, Lozando  Border Patrol Agent
Signature of Complainant

Bogle, Lozando  Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 09, 2019                           at      McAllen, Texas
Date                                               City/State

Juan F Alanis          Magistrate Judge
Name of Judge          Title of Judge                    Signature of Judge